11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Katherine Kyle Wood,                          * From the County Court
                                                at Law of Ector County,
                                                Trial Court No. 19,987-09.

Vs. No. 11-13-00178-CV                        * September 19, 2013

Gary Don McKay, Debbie Paz                    * Per Curiam Memorandum Opinion
Hernandez, and Unknown Occupants               (Panel consists of: Wright, C.J.,
of Home, if any,                               McCall, J., and Willson, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.